212 U.S. 556
 29 S.Ct. 686
 53 L.Ed. 650
 WESTERN LOAN & SAVINGS COMPANY, Plaintiff in Error,
v.
COLORADO SMELTING & MINING COMPANY.
 No. 581.
 Supreme Court of the United States
 November 16, 1908
 
 1
 Mr. John A. Shelton for plaintiff in error.
 
 
 2
 No appearance for defendant in error.
 
 
 3
 Judgment reversed with costs, and cause remanded on authority of Western Loan & Sav. Co. v. Butte & B. Consol. Min. Co. 210 U. S. 368, 52 L. ed. 1101, 28 Sup. Ct. Rep. 720.